NORTHWESTERN FIRE & MARINE IN-SURANCE COMPANY (Insurer of Exner Sand & Gravel Corporation), Appellee, v. SEABOARD SAND & GRAVEL CORPO-RATION, Appellee. Great Eastern Gravel Corporation, Appellant.

No. 158.

Circuit Court of Appeals, Second Circuit.
March 6, 1933.

Ernie Adamson, of New York City (Nathan Feldman, of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (Edmund F. Lamb, of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below. 2 F. Supp. 1019.